UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES H. JOHNSON,

    Plaintiff,

                                                         Case No. 08-14987
-vs-                                                   Hon:  AVERN COHN

VGA GROUP, INC., et al.,

    Defendants.
_____/

## ORDER STAYING PROCEEDINGS

Proceedings in this case are STAYED pending defendants filing a motion for summary judgment.  The motion must be filed within thirty (30) days.  Plaintiff shall respond to the motion within twenty (20) days after it is filed.

SO ORDERED.

                                               S/Avern Cohn
                                               AVERN COHN
                                               UNITED STATES DISTRICT JUDGE

Dated:  February 12, 2009

I hereby certify that a copy of the foregoing document was mailed to Charles H. Johnson 1410 Washington Blvd., Apt. 905, Detroit, MI 48226 and the attorneys of record on this date, February 12, 2009, by electronic and/or ordinary mail.

                                               S/Julie Owens
                                               Case Manager, (313) 234-5160