UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES H. JOHNSON,

        Plaintiff,

CIVIL ACTION NO. 08-14987

DISTRICT JUDGE AVERN COHN

v.

VGA GROUP, INC., et al

        Defendants.
_____/

## ORDER FINDING PLAINTIFF'S REQUEST (MOTION) TO COMPEL DISCOVERY AS MOOT

Before the Court is the Plaintiff's Request (motion) to Compel Discovery. On March 19, 2009 the Court entered judgment in favor of the Defendants and the matter was dismissed. The Court being fully advised in the premises,

**IT IS HEREBY ORDERED** that the motion is MOOT.


Dated: March 30, 2009        s/Avern Cohn
        AVERN COHN
        UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to Charles H. Johnson 1410 Washington Blvd., Apt. 905, Detroit, MI 48226 and the attorneys of record on this date, March 30, 2009, by electronic and/or ordinary mail.

        s/Julie Owens
        Case Manager, (313) 234-5160